IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01139-REB-BNB

RESOURCE SUPPORT ASSOCIATES, INC.

                      Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

                      Defendant.
_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

      Philip E. Blondin, Trial Attorney, Tax Division, United States Department of Justice, enters his appearance as counsel for plaintiff United States of America in this matter.  All pleadings and documents in this matter should be sent or transmitted to Mr.

Blondin at the addresses below.

Dated this 20th day of July, 2006.

>WILLIAM J. LEONE
>United States Attorney
>
>MARK S. PESTAL
>Assistant United States Attorney
>
>s/PHILIP E. BLONDIN
>PHILIP E. BLONDIN
>Trial Attorney, Tax Division
>U.S. Department of Justice
>P.O. Box 683, Ben Franklin Station
>Washington, DC 20044
>Email: philip.blondin@usdoj.gov
>           Western.Taxcivil@usdoj.gov
>Telephone: (202) 307-6322
>Facsimile:  (202) 307-0054

Street Address:   555 Fourth Street, N.W.
Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on July 20, 2006, I electronically filed the foregoing with the Clerk of Court using the EFC system which will send notification of such filing to the following e-mail addresses:

rickey.watson@usdoj.gov

AandM@taxlaw2848.com

philip.blondin@usdoj.gov

Western.Taxcvil@usdoj.gov

                                        s/PHILIP E. BLONDIN
                                        PHILIP E. BLONDIN
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice