IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01139-REB-BNB

RESOURCE SUPPORT ASSOCIATES, INC.

        Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

        Defendant.

## STIPULATION FOR DISMISSAL

COMES NOW plaintiff Resource Support Associates, Inc. and defendant United States of America, by their respective undersigned counsel, and stipulate as follows:

1. The above-entitled action should be dismissed with prejudice; and
2. Each party should bear its own costs, including any attorney's fees.

WHEREFORE, the parties respectfully request that the Court dismiss the Complaint, with each party to bear its own costs and fees.

DATED: July 20, 2006

| FOR PLAINTIFF: | FOR UNITED STATES OF AMERICA: |
|---|---|
| s/Kevin A. Planegger<br>Kevin A. Planegger<br>MERRIAM LAW FIRM, P.C.<br>1625 Broadway, Suite 770<br>Denver, CO 80202<br>Telephone: (303) 592-5404<br>Fax: (303) 592-5439<br>E-mail: AandM@taxlaw2848.com | WILLIAM J. LEONE<br>United States Attorney<br>MARK S. PESTAL<br>Assistant United States Attorney<br><br>s/Philip E. Blondin<br>Philip E. Blondin, Esq.<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>555 4th Street, NW<br>Washington, D.C. 20044<br>Telephone: (202) 307-6322<br>Fax: (202) 307-0054<br>E-mail: Philip.Blondin@usdoj.gov |