**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-01139-REB-BNB

RESOURCE SUPPORT ASSOCIATES, INC.,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation for Dismissal** [#18], filed July 21, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal** [#18], filed July 21, 2006, is **APPROVED**; and

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 24, 2006, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn
                                          United States District Judge**